|   |   |
|---|---|
| 1 | HANSON BRIDGETT LLP |
|   | ANDREW W. STROUD, SBN 126475 |
| 2 | astroud@hansonbridgett.com |
|   | MATTHEW J. PECK, SBN 287934 |
| 3 | mpeck@hansonbridgett.com |
|   | 500 Capitol Mall, Suite 1500 |
| 4 | Sacramento, California 95814 |
|   | Telephone:     (916) 442-3333 |
| 5 | Facsimile:      (916) 442-2348 |
| 6 | Attorneys for Defendant ESKATON PROPERTIES, INC. |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| IHC HEALTH SERVICES, INC. dba MCKAY DEE HOSPITAL, | CASE NO. 2:16-cv-02180-TLN-AC |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT ESKATON PROPERTIES, INC.'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. |   |
| ANTHEM BLUECROSS LIFE AND HEALTH INSURANCE COMPANY; and ESKATON PROPERTIES, INC., | Judge:    Hon. Troy L. Nunley |
| Defendants. | Trial Date:         To Be Set By Court |

Defendant Eskaton Properties, Inc.'s ("Eskaton") *ex parte* application to extend the time to respond to the Complaint that was transferred to this District on September 13, 2016 from the United States District Court For The District of Utah is hereby granted. Pursuant to Local Rule 144(c), Defendant has demonstrated that an extension of time cannot be reasonably be obtained through stipulation (even though Counsel for Plaintiff is amenable to such an extension) because Counsel is in the process of reactivating her California bar license, or preparing to appear *pro hac vice*.

**IT IS THEREFORE ORDERED** that Defendant Eskaton's deadline to file a responsive pleading shall be set for the earlier of: (1) twenty (20) days after Plaintiff's Counsel is able to practice before this Court; or (2) November 1, 2016.

///

1 | **IT IS SO ORDERED.**

3 | Dated: September 29, 2016

Troy L. Nunley
United States District Judge