UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| IHC HEALTH SERVICES, INC., dba MCAKY DEE HOSPITAL,<br><br>     Plaintiff,<br><br>     v.<br><br>ANTHEM BLUECROSS LIFE AND HEALTH INSURANCE COMPANY; and ESKATON PROPERTIES, INC.,<br><br>     Defendants. | No. 2:16-cv-02180-SB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having been advised in the premises and having reviewed the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 34, finds good cause to dismiss the case with prejudice, each side to bear its own attorneys' fees and costs.

//
//
//
//
//
//

**ORDER OF DISMISSAL WITH PREJUDICE ^** 1

Accordingly, **IT IS ORDERED:**

1. The above-captioned action (including, without limitation, all claims against the Defendants contained in Plaintiff's Complaint in this action) is **DISMISSED WITH PREJUDICE** on the merits, each party to bear its own attorneys' fees and costs associated with this action and the dismissal of this action.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and to **CLOSE** the file.

**DATED** this 13th day of April, 2017.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE ^ 2**